# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| TRACEY WHEELER, | Cause Number CV-21-09-B-BMM |
| Plaintiff, | |
| vs. | ORDER |
| EAGLE MOUNT - BOZEMAN, | |
| Defendant. | |

The plaintiff filed an unopposed motion to dismiss following the parties participation in mediation and agreement to resolve the case. The matter is hereby dismissed with prejudice. Each party to bear her/its own costs and attorney fees.

DATED this **1st** day of November 2022

_____
Brian Morris, Chief District Judge
United States District Court